United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-30070
Conference Calendar

_____

JIMMY G. NIXON, SR.,

                                        Petitioner-Appellant,

versus

JOE YOUNG; MS. ENDENFIELD; SHAWN MILLION; K. SCHWINN;
R. POOLE; MR. MCCLAIN; DOES 1-10,

                                        Respondents-Appellees.

---------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:05-CV-650
---------------------

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Jimmy G. Nixon, Sr., federal prisoner # 12863-116, appeals
the dismissal of his 28 U.S.C. § 2241 habeas corpus petition for
lack of jurisdiction.  Nixon challenged his conviction and
sentence for mail fraud, wire fraud, money laundering, and
illegal monetary transactions.

    Nixon has not argued, much less shown, that he is entitled
to proceed under § 2241 based on the "savings clause" of 28
U.S.C. § 2255.  Reyes-Requena v. United States, 243 F.3d 893,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

900-01, 904 (5th Cir. 2001); <u>Brinkmann v. Dallas County Deputy Sheriff Abner</u>, 813 F.2d 744, 748 (5th Cir. 1987); <u>Yohey v. Collins</u>, 985 F.2d 222, 224-25 (5th Cir. 1993).  The district court's judgment is AFFIRMED.